# Alan B. Pearl & Associates, P.C.

Counselors at Law
6800 Jericho Turnpike - Suite 218E
Syosset, New York 11791

**Alan B. Pearl**
Member New York &
Florida Bars

**Brian J. Shenker**
Member New York &
New Jersey Bars

(516) 921-6645
*Fax (516) 921-6774
*E-mail: info@pearl-law.com
Website: www.pearl-law.com

(*Not for service of papers)

**Beth F. Fagin**
Member New York Bar

**Antoinette Currie**
Member New York Bar

December 14, 2015

**Via ECF**
Judge Leonard D. Wexler
Senior United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Douglas Walston v. Edward J. Young, Inc. et al.
            Civil Action No.: 15-0457 (LDW)(AYS)

Dear Judge Wexler:

      This office represents the Defendants, Edward J. Young, Inc. ("EJY") and Edward J. Young ("Young") (collectively "Defendants"), in the above referenced action. Pursuant to Magistrate Judge Shield's September 2, 2015, Civil Conference Minute Order, the parties hereby submit a briefing schedule for Defendants' motion for summary judgment. The parties further represent that all discovery relating to the summary judgment motion has been completed.

      Defendants will serve their motion for summary judgment on Plaintiff on January 26, 2016. Plaintiff will serve his opposition papers on Defendants on or before February 26, 2016. Defendants will serve their reply papers upon Plaintiff on or before March 11, 2016.

                                                          Respectfully submitted,

                                                          Brian J. Shenker

cc:    Justin Reilly, Esq. (via ECF)