**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.

HEATHER BABIONE, ESQ.

CATALINA ROMAN

PARALEGAL

August 18, 2016

VIA: ECF filing

Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

RE: Walston, et al. v. Edward J. Young, Inc. et al.; 15 CV 457 (LDW)(AYS)

Dear Judge Shields:

This office represents the Plaintiff and opt-in Plaintiffs in the above-referenced matter.

This letter is to inform the Court that the opt-in period has expired in this action and, as directed in the Court's Civil Conference Minute Order [D.E. 46], the parties respectfully request a conference to address the status of this matter.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

cc: Brian Shenker, Esq.