# CIVIL CAUSE FOR PRETRIAL CONFERENCE

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** November 15, 2016
**TIME:** 12:15 to 12:25 (10 Mins.)

**DOCKET:** 15-CV-0457 (LDW)(AYS)
**TITLE:** Waltson v. Edward J. Young, Inc., et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Justin M. Reilly, Esq.**

- Defendant(s) represented by:
  - **Alan B. Pearl, Esq.**
  - **Brian Jeffrey Shenker, Esq.**

- Courtroom Deputy:  Eric L. Russo
-----------------------------------------------------------------

✓ In camera conference held.

✓ Parties are advised that defendants' motion for summary judgment (DE [50]) is **DENIED,** as genuine disputes of material fact exist as to the applicability of the retail or service establishment exemption. See FRCP 56(a).

✓ Parties are further advised that a bench trial is set for **April 19, 2017 at 9:30 AM** in Courtroom 940 before Judge Leonard D. Wexler.

✓ Parties are directed to refer to Judge Wexler's pretrial/trial rules available on the court's website.

✓ Proceedings concluded.