

Brian J. Shenker
516.479.6393
BShenker@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

January 5, 2017

Via Electronic Filing
Honorable Anne Y. Shields
United States District Court Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: Douglas Walston v. Edward J. Young, Inc., et al.
      Civil Action No. 15-0457 (LDW)(AYS)

Dear Judge Shields:

  The undersigned represents the defendants Edward J. Young, Inc. and Edward J. Young (collectively "Defendants"), in the above referenced action. The undersigned erroneously filed a Substitution of Counsel form which was granted by the Court. The undersigned requests the Court vacate the order granting the substitution of counsel.

  The undersigned and Alan Pearl have changed firms and are now members of Silverman Acampora, LLP. In our capacity as attorneys for Silverman Acampora we will continue our representation of the Defendants. Thus, the undersigned will file a Notice of Change of Address/Firm/Email.

  Thank you for Your Honor's attention to this matter.

                Respectfully submitted,

                Brian J. Shenker

/Dv/F
BSHENKER/2016459.1/