| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: ANNE Y. SHIELDS                                              DATE: 3/8/2017
            U.S. MAGISTRATE JUDGE

CASE:  **CV 15-457 (LDW) (AYS)** Walston et al v. Young

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:        Plaintiff           Justin Reilly

                                Defendant      Brian Shenker

**THE FOLLOWING RULINGS WERE MADE:**

☐        Scheduling Order entered.

☐        Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐        Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐        The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X        Other: **Rulings by the Court:**

Defendant may take a total of 10 depositions in this matter. That leaves Defendant with 8 remaining depositions. If counsel cannot mutually agree as to which 8 opt-in Plaintiffs Defendant may depose, counsel are to submit a list of all the opt-in Plaintiffs to this Court accompanied with each Plaintiff's claimed damages, and this Court will designate the 8 opt-in Plaintiffs to be deposed.

As to the 9 records that Defendant has not produced to Plaintiffs' counsel, Defendant is to respond in written interrogatories swearing that there are no records reflecting any work done in the relevant time period for the named opt-in Plaintiff.

SO ORDERED

 /s/ Anne Y. Shields            
ANNE Y. SHIELDS
United States Magistrate Judge